IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **REBECCA L. NICHOLS**, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 5:10-CV-204 (HL) |
| **SOUTHERN CAL TRANSPORT**, | : | |
| Defendant. | : | |

**ORDER**

On May 25, 2010, Plaintiff, Rebecca L. Nichols, filed a pro se complaint in this Court. On May 28, 2010, the Court entered an order (Doc. 3) directing Plaintiff to file an amended complaint no later than June 15, 2010. Plaintiff was warned that failure to file the amendment would result in dismissal of her complaint.

June 15, 2010 has passed, and Plaintiff has not filed an amended complaint as directed by the Court. Accordingly, Plaintiff's complaint is dismissed. The Clerk of Court is directed to close this file.

**SO ORDERED**, this the 21st day of June, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh